UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 48411
    LA NITA MARRABLE

                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5771

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/01/2003 and was confirmed 01/29/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC | SECURED | 24633.63 | 10504.89 | 15268.69 |
| GMAC | UNSECURED | .00 | .00 | .00 |
| EMC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORP | MORTGAGE ARRE | 1159.53 | .00 | 1159.53 |
| AMERICAN BUSINESS CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| CERTEGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY PHYSICIAN BILL | UNSECURED | NOT FILED | .00 | .00 |
| ERS | NOTICE ONLY | NOT FILED | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | NOT FILED | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 741.83 | .00 | .00 |
| SALVATORE SPINELLI ESQ | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALVATORE SPINELLI ESQ | NOTICE ONLY | NOT FILED | .00 | .00 |
| LERNER | UNSECURED | NOT FILED | .00 | .00 |
| LINEGARGER GOGGAN BLAIR | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARK D WEISMAN | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 528.56 | .00 | .00 |
| NICOR GAS | UNSECURED | 454.66 | .00 | .00 |
| LAMONT HANLEY & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | 1041.01 | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 1092.72 | .00 | .00 |
| JAMES M PHILBRICK | COST OF COLLE | 1200.00 | .00 | 1200.00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,240.00 | | 2,240.00 |
| TOM VAUGHN | TRUSTEE | | | 1,879.89 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 03 B 48411 LA NITA MARRABLE

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 32,253.00 | |
| PRIORITY | | .00 |
| SECURED | | 17,628.22 |
| INTEREST | | 10,504.89 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,240.00 |
| TRUSTEE COMPENSATION | | 1,879.89 |
| DEBTOR REFUND | | .00 |
| TOTALS | 32,253.00 | 32,253.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE